1  Peter L. Recchia (Bar No.: 77857)
2  LAW OFFICES OF PETER L. RECCHIA
   1605 E. 4ᵗʰ Street
3  Santa Ana, CA 92701
   (714) 541-2858
4  (714) 541-6880 - Fax

5  Attorney for Plaintiff, Francisco Javier Medina and All Others Similarly Situated

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10 FRANCISCO JAVIER MEDINA,        )   Case No. SACV09-1159 JVS (RNBx)
   individually, and on Behalf of  )   [PROPOSED]
11 All Others Similarly Situated,  )   ORDER DISMISSING CASE
                                   )
12                                 )
13              Plaintiffs,        )
                                   )
14 vs                             )
                                   )
15                                 )
16 ADIR INTERNATIONAL LLC, dba    )
   LA CURACAO, NATIONAL           )   Judge James V. Selna
17 ATTORNEY COLLECTION            )
   SERVICES, INC, and DOES        )
18 1 through 10, inclusive,       )
                 Defendants.      )
19                                )
20 ADIR INTERNATIONAL LLC, dba    )
   LA CURACAO,                    )
21              Cross Claimant,   )
22        vs.                     )
                                   )
23                                )
   NATIONAL ATTORNEY             )
24 COLLECTION SERVICES, INC.,    )
                                   )
25              Cross Defendant,  )
26 ─────────────────────────────

27

28     Based on the Stipulation of the parties on file with this court it is hereby

                              -1-

                     ORDER DISMISSING CASE

ORDERED that this case is dismissed.

**IT IS SO ORDERED**.

Dated: 6/25/10

_____
James V. Selna
District Court Judge

ORDER DISMISSING CASE